**Order filed October 4, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-10-01068-CR

_____

**HARDY SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1055262**

## O R D E R

This court has determined, pursuant to TEX. R. APP. P. 34.5(f), that it must inspect the original of State's Exhibit 4, CD of control call**.**

The clerk of the 179th Distrct Court is directed to deliver to the clerk of this court the original of State's Exhibit 4, CD of control call, on or before **October 14, 2011.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of

inspection, to return the original of State's Exhibit 4, CD of control call, to the clerk of the 179th District Court.

PER CURIAM